B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re: **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware** Debtor(s)

Case No. _____
Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.D.T. Security Services, Inc. P.O. Box 371967 Pittsburgh, PA 15250 | A.D.T. Security Services, Inc. P.O. Box 371967 Pittsburgh, PA 15250 | | Disputed | 2,929.63 |
| Acadia Realty 1311 Mamaroneck Ave. White Plains, NY 10605 | Acadia Realty 1311 Mamaroneck Ave. White Plains, NY 10605 | | Disputed | 242,600.79 |
| Anchor Electric P.O. Box 12591 Wilmington, DE 19850 | Anchor Electric P.O. Box 12591 Wilmington, DE 19850 | | Disputed | 10,412.86 |
| Barbara Cresswell 304 High Ridge Road Greenville, DE 19807 | Barbara Cresswell 304 High Ridge Road Greenville, DE 19807 | | | 1,135,968.96 |
| Carl Baccellieri 2 Willow Green Lane Kennett Square, PA 19348 | Carl Baccellieri 2 Willow Green Lane Kennett Square, PA 19348 | | Disputed | 7,858.00 |
| Christopher Cresswell 2305 W 16th St. Wilmington, DE 19806 | Christopher Cresswell 2305 W 16th St. Wilmington, DE 19806 | | | 149,975.26 |
| Delaware Design Center, LLC 3060 Brandywine Parkway Wilmington, DE 19803 | Delaware Design Center, LLC 3060 Brandywine Parkway Wilmington, DE 19803 | | | 41,840.63 |
| Delmarva Power P.O. Box 17000 Wilmington, DE 19886 | Delmarva Power P.O. Box 17000 Wilmington, DE 19886 | | | 3,765.47 |
| Diane S. Kedash 6 Beeson Court Landenberg, PA 19305 | Diane S. Kedash 6 Beeson Court Landenberg, PA 19305 | | | 91,666.65 |
| Dominic A. Difebo & Sons, Inc. 2210 W. 9th St. Wilmington, DE 19805 | Dominic A. Difebo & Sons, Inc. 2210 W. 9th St. Wilmington, DE 19805 | | Disputed | 16,920.00 |
| Donald S. Ratledge CPA 64 Reads Way New Castle, DE 19720 | Donald S. Ratledge CPA 64 Reads Way New Castle, DE 19720 | | | 20,290.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Delaware Home Furnishings, LLC d/b/a Drexel Heritage
        Delaware
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Drexel Heritage Furniture Industries, Inc. P.O. Box 751054 Charlotte, NC 28275 | Drexel Heritage Furniture Industries, Inc. P.O. Box 751054 Charlotte, NC 28275 | | Disputed | 717,995.45 |
| Fanco, Inc. 23 Cochran Dr. Coatesville, PA 19320 | Fanco, Inc. 23 Cochran Dr. Coatesville, PA 19320 | | Disputed | 6,747.00 |
| Furniture Services Unlimited, LLC 6 Bellecor Drive Suite 106 New Castle, DE 19720 | Furniture Services Unlimited, LLC 6 Bellecor Drive Suite 106 New Castle, DE 19720 | | | 54,515.05 |
| Maitland-Smith P.O. Box 2085 High Point, NC 27261 | Maitland-Smith P.O. Box 2085 High Point, NC 27261 | | | 5,228.97 |
| Media Two 3301 Lancaster Pike, Suite 5-C Wilmington, DE 19805 | Media Two 3301 Lancaster Pike, Suite 5-C Wilmington, DE 19805 | | | 4,280.56 |
| NDI Natural Decorations, Inc. P.O. Box 847 Brewton, AL 36427 | NDI Natural Decorations, Inc. P.O. Box 847 Brewton, AL 36427 | | | 2,986.55 |
| Paisley Accounting & Computer Solutions, Inc. 617 W State Street Kennett Square, PA 19348 | Paisley Accounting & Computer Solutions, Inc. 617 W State Street Kennett Square, PA 19348 | | | 7,854.31 |
| Perry & Sensor P.O. Box 560 Wilmington, DE 19899 | Perry & Sensor P.O. Box 560 Wilmington, DE 19899 | | | 5,024.81 |
| Timothy David Design 506B South Elm St Greensboro, NC 27406 | Timothy David Design 506B South Elm St Greensboro, NC 27406 | | Disputed | 15,600.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8/13/09                    Signature  _Barbara Cresswell_
                                            Barbara Cresswell
                                            President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy