## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE HOME FURNISHINGS, LLC, D/B/A DREXEL HERITAGE DELAWARE, | Case No. 09-12867 (CSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for Wilmington Trust FSB and Wilmington Trust Company, and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

| | |
|---|---|
| Diane E. Vuocolo<br>Kevin P. Ray<br>Greenberg Traurig, LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 988-7803<br>Phone: (215) 988-7806<br>Fax: (215) 717-5230<br>Fax: (215) 717-5244<br>vuocolod@gtlaw.com<br>raykp@gtlaw.com | Dennis A. Meloro<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street,<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br>Fax: (302) 661-7360<br>melorod@gtlaw.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, with respect to (a) the Debtor, (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof

in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 17, 2009

GREENBERG TRAURIG, LLP


_s/ Dennis A. Meloro_
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
Phone: (302) 661-7000
Fax: (302) 661-7360
melorod@gtlaw.com

-and-

Diane E. Vuocolo
Kevin P. Ray
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 988-7803
Phone: (215) 988-7806
Fax: (215) 717-5230
Fax: (215) 717-5244
vuocolod@gtlaw.com
raykp@gtlaw.com

Counsel for Wilmington Trust FSB and
Wilmington Trust Company