# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE HOME FURNISHINGS, LLC, D/B/A DREXEL HERITAGE DELAWARE, | Case No. 09-12867 (CSS) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that I am shareholder at Greenberg Traurig, LLP and that on August 17, 2009, copies of the following were served upon the parties on the attached service list in the manner indicated.

- *Notice Of Appearance and Request for Service of Papers*

Dated: August 17, 2009

GREENBERG TRAURIG, LLP

\_\_s/ Dennis A. Meloro_____
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
melorod@gtlaw.com

-and-

Diane E. Vuocolo
Kevin P. Ray
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 988-7803
Phone: (215) 988-7806
Fax: (215) 717-5230
Fax: (215) 717-5244
vuocolod@gtlaw.com
raykp@gtlaw.com

Counsel for Wilmington Trust FSB and Wilmington Trust Company

## SERICE LIST


## SERVICE LIST

### *VIA HAND DELIVERY*

Shannon D. Leight, Esquire
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
*Attorneys for Debtor*

### *VIA REGULAR MAIL*

Delaware Home Furnishings, LLC
3060 Brandywine Parkway
Wilmington, DE 19803

### *VIA FEDERAL EXPRESS, A.M. DELIVERY*

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035