# Exhibit "A"

# DREXEL HERITAGE DELAWARE
## 60 PROJECTED CASH FLOW

| Week Of: | week 3 17-Aug | week 4 24-Aug | week 1 31-Aug | week 2 6-Sep | week 3 13-Sep | week 4 20-Sep | week 1 27-Sep | week 2 4-Oct | week 3 11-Oct | |
|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | |
| SALES | $ 110,000 | $ 110,000 | $ 150,000 | $ 175,000 | $ 175,000 | $ 175,000 | $ 175,000 | $ 175,000 | $ 175,000 | $ 1,420,000 |
| COGS (56% AVG. BLENDED) | $ 61,600 | $ 61,600 | $ 84,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 795,200 |
| TOUCH UP/REPAIR | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 1,800 |
| GROSS PROFIT | $ 48,200 | $ 48,200 | $ 65,800 | $ 76,800 | $ 76,800 | $ 76,800 | $ 76,800 | $ 76,800 | $ 76,800 | $ 623,000 |
| **EXPENSES** | | | | | | | | | | |
| SALARIES OFFICE MANAGER | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 9,000 |
| FEE'S | $ 11,000 | $ 11,000 | $ 15,000 | $ 17,500 | $ 17,500 | $ 17,500 | $ 17,500 | $ 17,500 | $ 17,500 | $ 142,000 |
| COMMISSIONS (5%) | $ 5,500 | $ 5,500 | $ 7,500 | $ 8,750 | $ 8,750 | $ 8,750 | $ 8,750 | $ 8,750 | $ 8,750 | $ 71,000 |
| DELIVERY 4.3% gross | $ 4,730 | $ 4,730 | $ 6,450 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 61,060 |
| MERCHANT SVCS 2.5% | $ 2,750 | $ 2,750 | $ 3,750 | $ 4,375 | $ 4,375 | $ 4,375 | $ 4,375 | $ 4,375 | $ 4,375 | $ 35,500 |
| HOUSING | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 7,650 |
| ADVERTISING | $ 8,082 | $ 8,082 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 103,664 |
| AUTO | $ 655 | $ | $ 2,974 | $ 624 | $ | $ | $ 2,974 | $ | $ 624 | $ 7,851 |
| INSURANCE | $ 1,754 | $ 303 | $ 3,300 | $ | $ 1,695 | $ 303 | $ 3,300 | $ 1,041 | $ 1,695 | $ 13,391 |
| RENT | $ | $ 2,960 | $ 3,882 | $ 44,960 | $ | $ 2,960 | $ | $ 44,960 | $ | $ 99,722 |
| UTILITIES | $ 1,134 | $ | $ 3,800 | $ | $ 1,136 | $ | $ 3,800 | $ | $ 1,136 | $ 11,006 |
| LABOR | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 4,500 |
| OFFICE EXP. | $ 545 | $ 350 | $ 350 | $ 350 | $ 545 | $ 350 | $ 350 | $ 350 | $ 545 | $ 3,735 |
| EQUIPMENT LEASES | $ | $ 1,208 | $ 2,433 | $ 2,017 | $ | $ 1,208 | $ | $ 2,433 | $ 2,017 | $ 11,316 |
| MISC. | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 2,250 |
| SALARIES (EX. COMMISSION) | $ | $ | $ | $ 30,500 | $ | $ | $ 2,500 | $ | $ 30,500 | $ 61,000 |
| EXTRAORDINARY COGS | $ 24,970 | $ | $ 10,547 | $ 2,777 | $ | $ | $ | $ 500 | $ | $ 38,294 |
| CREDIT CARD DEBT | $ | $ | $ | $ 500 | $ | $ | $ | $ | $ | $ 6,000 |
| BANK INTEREST PAYMENT | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 1,070 | $ 9,630 |
| TOTAL EXPENSES | $ 64,790 | $ 39,483 | $ 77,586 | $ 134,978 | $ 56,626 | $ 58,071 | $ 66,174 | $ 102,534 | $ 89,767 | $ 690,009 |
| EXTRAORDINARY INCOME | $ | $ 29,255 | $ | $ 7,998 | $ 2,982 | $ | $ | $ | $ | $ 40,235 |
| DELIVERY INCOME | $ 4,730 | $ 4,730 | $ 6,450 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 61,060 |
| **NET INCOME (LOSS)** | $ (11,860) | $ 13,447 | $ (5,336) | $ (50,653) | $ 27,699 | $ 26,254 | $ 18,151 | $ (18,209) | $ (5,442) | $ (5,949) |
| CASH RECEIVED | $ 47,652 | $ 47,652 | $ 75,552 | $ 82,677 | $ 82,677 | $ 82,677 | $ 82,677 | $ 82,677 | $ 82,677 | $ 666,918 |
| LESS TOTAL EXPENSES | $ 64,790 | $ 39,483 | $ 77,586 | $ 134,978 | $ 56,626 | $ 58,071 | $ 66,174 | $ 102,534 | $ 89,767 | $ 690,009 |
| ADD BACK FOR COGS OWNED | $ 15,400 | $ 15,400 | $ 21,000 | $ 24,500 | $ 24,500 | $ 24,500 | $ 24,500 | $ 24,500 | $ 24,500 | $ 198,800 |
| ADD BACK FOR AUGMENT RESERVE | $ | $ | $ | $ 30,231 | $ 30,231 | $ 30,231 | $ 30,231 | $ 30,231 | $ 30,231 | $ 181,386 |
| **NET PROCEEDS** | $ (1,738) | $ 23,569 | $ 18,966 | $ 2,430 | $ 80,782 | $ 79,337 | $ 71,234 | $ 34,874 | $ 47,641 | $ 357,095 |
| Bank Principal Payment | $ | $ | $ | $ | $ 40,391 | $ 39,669 | $ 35,617 | $ 17,437 | $ 23,821 | $ 178,548 |