# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| : | Case No. 09-12867 (CSS) |
| Delaware Home Furnishings, LLC : | |
| d/b/a Drexel Heritage Delaware, : | |
| : | |
| Debtor. : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel of Ciardi Ciardi & Astin, moves the admission pro hac vice of Thomas D. Bielli, Esquire to represent Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware in this action.

Dated: August 18, 2009            CIARDI CIARDI & ASTIN

/s/ *Shannon D. Leight*
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
Shannon D. Leight (No. 4115)
Mary E. Augustine (No. 4477)
919 Market Street, Suite 700
Wilmington, DE 19803
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
dastin@ciardilaw.com
asaccullo@ciardilaw.com
sleight@ciardilaw.com
maugustine@ciardilaw.com

and

Albert A. Ciardi, III
Thomas D. Bielli
Holly E. Smith
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551

Counsel for the Debtor

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: August 18, 2008

Respectfully submitted,

CIARDI CIARDI & ASTIN

_____
Thomas D. Bielli, Esquire
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
tbielli@cairdilaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Thomas D. Bielli, Esquire, is granted.

DATED: _____

_____
United States Bankruptcy Judge