In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**    ,    Case No. __09-12867__
                                                         Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|

**None**

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**   ,   Case No.   **09-12867**
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | 3060 Brandywine Parkway<br>Wilmington, DE 19803 | - | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wilmington Trust**<br><br>**PNC Bank**<br><br>**Wachovia** | -<br><br>-<br><br>- | 41,382.26<br><br>1,000.00<br><br>2,531.82 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                               Sub-Total >           **45,114.08**
                                                                              (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**  ,  Case No. __09-12867__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached List | - | 46,627.91 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >  46,627.91
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**, Case No. **09-12867**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Drexel Heritage Furniture Industries, Inc | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Dodge Grand Caravan | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3060 Brandywine Parkway Wilmington, DE 19803 | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | 3060 Brandywine Parkway Wilmington, DE 19803 | - | 703,945.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **713,946.00**
(Total of this page)
Total > **805,687.99**

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**,  Case No. __09-12867__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wilmington Trust Co.** <br> **P.O. Box 15498** <br> **Wilmington, DE 19850-5498** | X | - | **Commercial Loan** <br><br> 001-0001-0177-059-9001-$107,935.22 <br> 001-0001-251-8783-1101-$300,000.00 <br> 001-0001-251-8783-5001-$331,768.01 <br> 001-0001-0177-059-1001-#350,000.00 <br><br> Value $ 0.00 | | | | 1,089,703.23 | 1,089,703.23 |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| __0__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,089,703.23 | 1,089,703.23 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 1,089,703.23 | 1,089,703.23 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

Schedule B #16

Open Sales Orders By Store Report for All from 01-01-00 to 08-13-09

| Customer# | Customer Name | Slm | Invoice# | TY | Sale Date | Del Date | Del Zip | Total | Paid | Balance | MOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 610-308-1479 | BONNIE ADLER | OD3 | 104061 | 2 | 06-28-09 | Est 07-06-09 | 19060 | 1,300.00 | 1,300.00 | 0.00 | CBD |
| 610-793-1611 | MARY ALFONSE | OD2 | 104215 | 2 | 07-18-09 | Est 07-28-09 | 19382 | 165.00 | 165.00 | 0.00 | CBD |
| 302-212-2617 | JAMES C. AUSTIN | OD2 | 104403 | 2 | 07-31-09 | Est 08-11-09 | 19382 | 872.00 | 872.00 | 0.00 | CBD |
| 484-574-8256 | SHARON BOYCE | KC | 103724 | 1 | 04-30-09 | Est 08-07-09 | 19348 | 1,334.03 | 1,334.03 | 0.00 | CBD |
| 610-388-5810 | MARIE BRISLIN | PW | B1041881 | 2 | 07-19-09 | Est 08-28-09 | 19317 | 466.38 | 466.38 | 0.00 | CBD |
| 302-547-6221 | KATIE BURKE | OD3 | 104578 | 2 | 08-13-09 | Est 08-20-09 | 19701 | 1,000.00 | 1,000.00 | 0.00 | CBD |
| 610-409-0558 | CINDY CALAMIA | PW | 103916 | 2 | 06-01-09 | Est 06-09-09 | 19426 | 1,664.00 | 1,664.00 | 0.00 | CBD |
| 610-409-0558 | CINDY CALAMIA | PW | 103555 | 1 | 04-05-09 | Est 07-13-09 | 19426 | 1,995.80 | 1,095.23 | 900.57 | CBD |
| 302-383-4727 | KATHRYN CAPOCCIA | PW | 104318 | 2 | 07-26-09 | Est 08-04-09 | 19709 | 999.00 | 999.00 | 0.00 | CBD |
| 302-893-0724 | MARTIN CARTER | OD3 | 104568 | 2 | 08-12-09 | Est 08-19-09 | 19734 | 1,918.00 | 1,918.00 | 0.00 | CBD |
| 610-255-4012 | MOLLY CEPPETELLI | SS1 | 103671 | 1 | 04-19-09 | Est 04-22-09 | 19350 | 12,669.00 | 12,669.00 | 0.00 | CBD |
| 610-500-1091 | YING XIA CHENX | OD3 | 104199 | 2 | 07-20-09 | Est 07-28-09 | 19317 | 3,300.00 | 3,300.00 | 0.00 | CBD |
| 610-420-0041 | ALBERT AND KIM CIARDI | CC | 104034 | 1 | 06-22-09 | Est 06-23-09 | 10322 | 3,000.00 | 3,000.00 | 0.00 | CBD |
| 484-480-5300 | SHERI CLEMISS | OD2 | 104454 | 2 | 08-02-09 | Est 08-12-09 | 00000 | 636.00 | 636.00 | 0.00 | CBD |
| 484-924-8434 | JOAN CONROY | KC | 103941 | 1 | 06-03-09 | Est 09-11-09 | 19355 | 1,424.25 | 650.00 | 774.25 | CBD |
| 302-373-1709 | CLIFTON W COOKE III | PW | B1044411 | 2 | 08-02-09 | Est 08-28-09 | 19707 | 11,935.00 | 3,500.00 | 8,435.00 | CBD |
| 610-529-0759 | SUZAN COSTANTINI | OD2 | 104499 | 2 | 08-07-09 | Est 08-17-09 | 19061 | 487.00 | 487.00 | 0.00 | CBD |
| 302-234-2507 | ELISE CROWE | OD2 | 104407 | 2 | 07-31-09 | Est 08-11-09 | 19707 | 1,349.00 | 1,349.00 | 0.00 | CBD |
| 302-999-8456 | SHEELA DATTANI | BC | 103039 | 1 | 12-19-08 | Est 03-26-09 | 19807 | 6,251.90 | 4,835.50 | 1,416.40 | CBD |
| 302-378-1122 | TOM AND BARB DAVIS | PW | 104563 | 2 | 08-11-09 | Est 08-18-09 | 19709 | 1,032.00 | 1,032.00 | 0.00 | CBD |
| 610-872-0696 | JIM DENON | OD2 | 104574 | 2 | 08-12-09 | Est 08-20-09 | 19086 | 899.00 | 899.00 | 0.00 | CBD |
| 484-254-5092 | STEPHANIE SHAW DESIGN | KC | B1034162 | -1 | 02-24-09 | Est 06-11-09 | 19087 | 0.00 | 0.00 | 0.00 | CBD |
| 215-200-1136 | DANIEL DIGIOIGIO | OD1 | 103699 | 1 | 04-26-09 | Est 08-04-09 | 19382 | 899.00 | 0.00 | 899.00 | CBD |
| 302-438-8584 | ERIC ESBITT | DO | B1028361 | -1 | 11-09-08 | 06-24-09 | 19711 | 568.68 | 568.68 | 0.00 | CBD |
| 949-466-1131 | RICHARD FENNER | OD3 | 104011 | 1 | 06-15-09 | Est 06-24-09 | 19805 | 3,169.00 | 3,169.00 | 0.00 | CBD |
| 302-377-7771 | DIANE C. FETZER | OD2 | B1038811 | 1 | 05-23-09 | Est 09-04-09 | 19805 | 1,638.01 | 1,638.01 | 0.00 | CBD |
| 610-745-9067 | JOHN FINIS | OD3 | 104031 | 1 | 06-21-09 | Est 07-27-09 | 19807 | 1,200.00 | 1,200.00 | 0.00 | CBD |
| 302-351-9374 | TODD AND AMY FLUBACHER | DO | 103949 | 2 | 06-06-09 | Est 09-15-09 | 19899 | 420.30 | 420.30 | 0.00 | CBD |
| 302-762-7686 | PAULA LA FOLLETTE | HOUSE | 103490 | 2 | 03-22-09 | Est 04-01-09 | 19809 | 844.20 | 844.20 | 0.00 | CBD |
| 484-770-8207 | ROSEANE FRANK | OD4 | 104210 | 2 | 07-18-09 | Est 07-28-09 | 19810 | 499.00 | 499.00 | 0.00 | CBD |
| 484-475-1754 | ROSEANE FRANK | OD4 | 104211 | 2 | 07-18-09 | Est 07-28-09 | 19810 | 850.00 | 850.00 | 0.00 | CBD |
| 302-275-2759 | JACK GELB | OD3 | 104429 | 2 | 08-01-09 | Est 08-11-09 | 19350 | 3,400.00 | 3,400.00 | 0.00 | CBD |
| 610-459-9279 | CHERYL GILL | OD2 | 104299 | 1 | 07-25-09 | Est 08-03-09 | 19342 | 1,668.00 | 1,668.00 | 0.00 | CBD |
| 610-399-6898 | ROSIE AND KEVIN GILROY | DO | B1033491 | -1 | 01-24-09 | 08-17-09 | 19382-8491 | 205.20 | 205.20 | 0.00 | CBD |
| 484-842-1092 | MARIA AND GREGG GIZZI | DO | 104506 | 1 | 08-08-09 | Est 09-08-09 | 19375 | 1,919.00 | 2,169.00 | -250.00 | CBD |
| 484-842-1092 | MARIA AND GREGG GIZZI | DO | 104552 | 1 | 08-10-09 | Est 08-18-09 | 19317 | 299.00 | 299.00 | 0.00 | CBD |
| 484-842-1092 | MARIA AND GREGG GIZZI | DO | 104537 | 1 | 08-09-09 | Est 09-22-09 | 19317 | 4,952.00 | 4,702.00 | 250.00 | CBD |
| 610-804-2710 | SUE GRANAHAN | KC | 103740 | 2 | 05-01-09 | Est 05-05-09 | 19061 | 973.50 | 486.75 | 486.75 | CBD |
| 610-804-2710 | SUE GRANAHAN | KC | 103817 | 1 | 05-14-09 | Est 05-14-09 | 19061 | 150.00 | 150.00 | 0.00 | CBD |
| 302-655-3373 | ALFRED GUARALDO | PW | 104474 | 2 | 08-04-09 | Est 08-14-09 | 19806 | 3,000.00 | 3,000.00 | 0.00 | CBD |
| 484-770-8207 | JORDAN GUSHURST | OD4 | 104207 | 1 | 07-18-09 | Est 08-14-09 | 19382 | 2,213.00 | 2,213.00 | 0.00 | CBD |
| 302-388-0222 | LISA GUSTAFSON | DO | 104256 | 2 | 07-21-09 | 09-01-09 | 19317 | 339.00 | 339.00 | 0.00 | CBD |
| 484-947-8248 | KELLI GUSTAITIS | PW | B1038491 | 2 | 05-20-09 | Est 07-28-09 | 19380 | 1,544.54 | 1,544.54 | 0.00 | CBD |
| 302-761-9501 | HEATHER HAAS AND DANNY HAAS | OD2 | 104296 | 1 | 07-25-09 | Est 08-03-09 | 19803 | 1,500.00 | 1,500.00 | 0.00 | CBD |
| 610-347-0340 | JAMES HAAS | OD4 | 104110 | 2 | 07-09-09 | Est 07-17-09 | 19375 | 2,518.00 | 2,518.00 | 0.00 | CBD |
| 610-459-1152 | SHIRLEY HAMEL | OD4 | 104369 | 2 | 07-29-09 | Est 08-10-09 | 19060 | 2,919.00 | 2,919.00 | 0.00 | CBD |
| 610-960-4973 | JULIE HARRIS | PW | 103975 | 1 | 06-08-09 | Est 09-16-09 | 19335 | 969.00 | 969.00 | 0.00 | CBD |
| 610-532-4223 | ROB HERBERT | OD3 | 103857 | 2 | 05-23-09 | Est 05-25-09 | 19079 | 393.00 | 393.00 | 0.00 | CBD |
| 302-475-1441 | CAROLYN HOCKSTEIN | PW | B1037691 | 1 | 05-02-09 | Est 08-14-09 | 19810 | 3,200.00 | 3,200.00 | 0.00 | CBD |
| 302-475-1441 | CAROLYN HOCKSTEIN | PW | B1037692 | 1 | 05-02-09 | Est 08-19-09 | 19810 | 1,300.00 | 1,300.00 | 0.00 | CBD |
| 302-477-6947 | SHARON HODGSON | OD3 | 104148 | 2 | 07-14-09 | Est 07-22-09 | 19810 | 2,000.00 | 2,000.00 | 0.00 | CBD |
| 610-291-0950 | EVAN J. HOSBACH | OD2 | 104262 | 2 | 07-22-09 | Est 08-06-09 | 19061 | 974.00 | 974.00 | 0.00 | CBD |

Open Sales Orders By Store Report for ALL from 01-01-00 to 08-13-09

| Phone | Order# | Store | Customer | Date | Est Date | Zip | Amount1 | Amount2 | Code |
|---|---|---|---|---|---|---|---|---|---|
| 302-543-6018 | 103911 | PW | SANDRA HUDAK | 2 | 05-31-09 | Est 09-08-09 | 19803 | 212.00 | 212.00 | 0.00 | CBD |
| 302-463-1945 | 104165 | OD4 | BRUCE L. HUDSON | 2 | 07-17-09 | Est 07-27-09 | 19802 | 1,424.00 | 1,424.00 | 0.00 | CBD |
| 302-530-8991 | 103853 | OD2 | ARRINGTON INTERIORS | 1 | 05-21-09 | Est 07-29-09 | 19803 | 4,416.00 | 2,208.00 | 2,208.00 | CBD |
| 610-459-1266 | 104186 | DO | LYNN JONES | 1 | 07-19-09 | Est 07-27-09 | 19342 | 5,041.80 | 5,041.80 | 0.00 | CBD |
| 609-602-4602 | 102430 | HOUSE | PATRICIA JORDAN | 1 | 06-23-08 | Est 09-30-08 | 19073 | 0.00 | 0.00 | 0.00 | CBD |
| 610-323-2855 | 103982 | OD3 | MARY KELLY | 2 | 06-11-09 | Est 06-11-09 | 19461 | 1,599.00 | 1,599.00 | 0.00 | CBD |
| 610-316-5370 | 104541 | OD4 | LAURA KRAYA | 2 | 08-09-09 | Est 08-25-09 | 19061 | 865.00 | 865.00 | 0.00 | CBD |
| 610-459-2835 | 104406 | OD2 | ELIZABETH ANN LEONARD | 2 | 07-31-09 | Est 08-11-09 | 19014 | 112.00 | 112.00 | 0.00 | CBD |
| 302-798-3955 | 103835 | OD2 | CARMAN AND RITA MARINELLI | 1 | 05-17-09 | 05-27-09 | 19809 | 2,849.00 | 2,849.00 | 0.00 | CBD |
| 850-747-1132 | 104116 | PW | DWAYNE MARTIN | 2 | 07-10-09 | Est 11-20-09 | 32405 | 1,619.10 | 809.55 | 809.55 | CBD |
| 610-388-1589 | 102096 | DO | GININE MAXWELL | 1 | 03-18-08 | Est 06-21-08 | 19317 | 1,689.00 | 700.00 | 989.00 | CBD |
| 302-328-1318 | 103346 | DO | ORLANDO MAYS | 2 | 02-06-09 | Est 05-16-09 | 19720 | 1,050.79 | 526.00 | 524.79 | CBD |
| 302-328-1318 | 104247 | OD2 | ORLANDO MAYS | 2 | 07-20-09 | Est 07-21-09 | 19720 | 849.00 | 374.00 | 475.00 | CBD |
| 212-998-6485 | 104090 | PW | MARSHA METRINKO | 2 | 07-08-09 | Est 10-14-09 | 19807 | 301.75 | 301.75 | 0.00 | CBD |
| 212-998-6485 | 104086 | PW | MARSHA METRINKO | 2 | 07-05-09 | Est 11-13-09 | 19807 | 1,821.60 | 910.80 | 910.80 | CBD |
| 610-304-5727 | 104336 | OD4 | DANIELA MILLER | 2 | 07-26-09 | Est 08-05-09 | 19015 | 1,400.00 | 1,400.00 | 0.00 | CBD |
| 610-874-1800 | 104547 | OD2 | ESTHER MILSTEIN | 1 | 08-09-09 | Est 08-18-09 | 19086 | 219.00 | 219.00 | 0.00 | CBD |
| 484-315-8392 | 102962 | DO | FURRUKH MUNAWAR | 1 | 12-02-08 | Est 02-09-09 | 19382 | 2,102.00 | 2,102.00 | 0.00 | CBD |
| 610-591-5547 | 103320 | DO | EVHEN MYCHALOWYCZ | 1 | 01-31-09 | Est 05-10-09 | 19081 | 2,156.50 | 1,658.50 | 497.50 | CBD |
| 302-355-3535 | 103376 | DO | JOE AND ELIZABETH NYGARD | 1 | 02-16-09 | Est 05-24-09 | 19810 | 6,223.00 | 3,027.00 | 3,196.00 | CBD |
| 443-388-2444 | 103880 | OD3 | MAUREEN O'BRIEN | 2 | 05-22-09 | Est 06-02-09 | 19808 | 388.00 | 388.00 | 0.00 | CBD |
| 610-627-9753 | 104266 | OD2 | JANET PAOLI | 2 | 07-23-09 | Est 07-31-09 | 19063 | 800.00 | 50.00 | 750.00 | CBD |
| 610-388-3891 | 104396 | OD4 | JEAN PAPACHRISTOS | 2 | 07-31-09 | Est 08-11-09 | 19317 | 487.00 | 487.00 | 0.00 | CBD |
| 302-762-9009 | 104572 | OD2 | JANET PEIPHER | 1 | 08-11-09 | Est 08-20-09 | 19803 | 2,118.00 | 2,118.00 | 0.00 | COD |
| 302-888-0458 | 103338 | PW | MATTHEW AND MEREDITH PERNY | 2 | 02-04-09 | Est 05-13-09 | 19807 | 1,073.55 | 1,073.55 | 0.00 | CBD |
| 609-654-2721 | 103582 | PW | JINA RALEY | 1 | 04-11-09 | Est 06-20-09 | 08055 | 7,006.00 | 4,500.00 | 2,506.00 | CBD |
| 302-566-3240 | 103640 | KC | ROOM REVISION | 2 | 04-18-09 | Est 07-28-09 | 19063 | 1,120.00 | 475.50 | 644.50 | CBD |
| 302-762-8538 | 104371 | OD2 | JEANNETTE RIDDLE | 2 | 07-30-09 | Est 08-10-09 | 19803 | 2,456.00 | 100.00 | 2,356.00 | CBD |
| 302-429-8926 | 104008 | DO | PAT ROBERTSON | 2 | 06-15-09 | Est 10-15-09 | 19807 | 4,473.20 | 2,236.00 | 2,237.20 | CBD |
| 302-426-0244 | 104310 | DO | ED RUBIN | 2 | 07-25-09 | Est 09-17-09 | 19807 | 6,520.00 | 5,058.00 | 1,462.00 | CBD |
| 215-796-1489 | 104284 | OD3 | ROLA SAAD | 2 | 07-25-09 | Est 08-03-09 | 19061 | 3,130.00 | 3,130.00 | 0.00 | CBD |
| 610-459-3551 | 104522 | OD2 | YOLLEEN SANDERS | 2 | 08-08-09 | Est 08-17-09 | 19803 | 650.00 | 650.00 | 0.00 | CBD |
| 484-508-8148 | 104453 | OD3 | CRAIG SCHONOUR | 2 | 08-02-09 | Est 08-12-09 | 19350 | 500.00 | 500.00 | 0.00 | CBD |
| 302-383-2536 | 104460 | OD3 | ELIZABETH SCHULTHEIS | 2 | 08-03-09 | Est 08-13-09 | 19808 | 3,553.00 | 3,553.00 | 0.00 | CBD |
| 610-918-2745 | 104373 | OD4 | MARY ANN SHERIDAN | 2 | 07-30-09 | Est 08-10-09 | 19382 | 539.00 | 539.00 | 0.00 | CBD |
| 302-598-7810 | 103917 | OD2 | P.J. SIMON | 2 | 05-30-09 | Est 06-09-09 | 19805 | 2,200.00 | 1,000.00 | 1,200.00 | CBD |
| 302-475-1392 | 103374 | DO | CHARISSE SINKLER | 2 | 02-16-09 | Est 05-24-09 | 19810 | 339.00 | 170.00 | 169.00 | CBD |
| 610-388-2664 | 104329 | OD3 | TINA SMITH | 2 | 07-26-09 | Est 08-05-09 | 19317 | 1,000.00 | 1,000.00 | 0.00 | CBD |
| 302-337-7186 | 103448 | DO | CHARLES AND PATRICIA SMITH | 1 | 03-07-09 | Est 06-20-09 | 19333 | 2,265.00 | 1,018.00 | 1,247.00 | CBD |
| 610-647-3855 | 104275 | OD4 | MELLISA SNOW | 2 | 07-24-09 | Est 08-03-09 | 19380 | 150.00 | 150.00 | 0.00 | CBD |
| 302-345-8355 | 104248 | PW | ROBIN SNYDER | 2 | 07-21-09 | Est 08-04-09 | 19806 | 879.00 | 879.00 | 0.00 | CBD |
| 302-475-6844 | 104408 | OD4 | ROBERT STRUM | 2 | 07-31-09 | Est 08-11-09 | 19810 | 240.00 | 240.00 | 0.00 | CBD |
| 302-654-8178 | 103213 | BC | MATT AND DAWN SULLIVAN | 1 | 12-23-08 | Est 04-22-09 | 19807 | 6,823.00 | 3,411.50 | 3,411.50 | CBD |
| 302-654-8178 | 103212 | BC | MATT AND DAWN SULLIVAN | 1 | 12-23-08 | Est 04-22-09 | 19807 | 2,952.00 | 1,476.00 | 1,476.00 | CBD |
| 215-964-5475 | 104549 | OD2 | SCOTT SWICHER | 2 | 08-09-09 | Est 08-18-09 | 19096 | 1,769.00 | 1,769.00 | 0.00 | CBD |
| 302-388-2188 | 104529 | OD3 | SATTAR AND ARPITA SYED | 2 | 08-08-09 | Est 08-18-09 | 19317 | 2,507.00 | 2,507.00 | 0.00 | CBD |
| 302-765-2935 | 104375 | OD4 | RAPHAELE TODARO | 1 | 07-30-09 | Est 08-10-09 | 19803 | 1,569.00 | 1,569.00 | 0.00 | CBD |
| 856-985-1068 | 102725 | PW | SUSAN TURCKE | 1 | 07-08-08 | 05-11-09 | 08053 | 2,362.00 | 2,024.10 | 338.00 | CBD |
| 610-888-1438 | 104401 | OD4 | LISA VENTURA | 1 | 07-31-09 | Est 08-11-09 | 19026 | 3,222.00 | 3,222.00 | 0.00 | CBD |
| 302-267-6078 | 104324 | PW | SVETLANA VOYTOVICH | 1 | 07-26-09 | Est 09-04-09 | 19804 | 4,774.78 | 4,774.78 | 0.00 | CBD |
| 610-358-9169 | 104523 | OD2 | KIM WESTBURG | 1 | 08-08-09 | 08-25-09 | 19373 | 1,149.00 | 1,149.00 | 0.00 | CBD |
| 302-651-9922 | 102725 | SS | DIANE AND TOMMY WREN | 1 | 09-29-08 | 04-14-09 | 19807 | 9,244.00 | 4,622.00 | 4,622.00 | CBD |

Open Sales Orders By Store Report for ALL from 01-01-00 to 08-13-09

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 610-274-0167 | SUE ZERN | OD2 | 104449 | 1 | 08-02-09 | Est 08-12-09 | 19350 | 3,069.00 | 0.00 CBD |
| 610-353-2288 | BLAINE AND DEBBIE JELUS | DO | C103480 | 1 | 03-24-09 | Est 03-24-09 | 19008 | -2,400.00 | 0.00 CM |
| 302-999-0494 | JOHN SATIR AND KEVIN ORNDORF | KC | C101830 | 1 | 01-02-08 | Est 01-02-08 | 19807 | -2,619.00 | 0.00 CM |

Final Totals:                                                                             213,480.46          166,852.55          46,627.91

October 01, 2009

Open Sales Orders By Store Report for ALL from 01-01-00 to 08-13-09

| Store | Total | Paid | Balance |
|-------|-------|------|---------|
| ----- | ----- | ---- | ------- |
| Open Sales Totals By Store | | | |
| 1 Totals: | 213,480.46 | 166,852.55 | 46,627.91 |
| Final Totals: | 213,480.46 | 166,852.55 | 46,627.91 |

B6E (Official Form 6E) (12/07)

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**  Case No. ___09-12867___
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___2___ continuation sheets attached

In re **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**, Case No. **09-12867**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Barbara Cresswell 304 High Ridge Road Greenville, DE 19807 | - | | loans, compensation | | | | 1,135,968.96 | | 1,135,968.96 0.00 |
| Account No. Christopher Cresswell 2305 W 16th St. Wilmington, DE 19806 | - | | loans, compensation | | | | 149,975.26 | | 149,975.26 0.00 |
| Account No. Kimberly Cresswell | - | | Compensation | | | | 5,842.98 | | 5,842.98 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **1,291,787.20** | **1,291,787.20** 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**, Case No. __09-12867__
                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**600 Arch Street Room 5200**<br>**Philadelphia, PA 19106** | | - | July wage withholding | | | | 5,539.91 | | 5,539.91<br>0.00 |
| Account No. 7521<br>**State of Delaware**<br>**89 Kings Highway**<br>**Dover, DE 19901** | | - | withholding tax | | | | 395.93 | | 395.93<br>0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    5,935.84    5,935.84    0.00

Total (Report on Summary of Schedules)    1,297,723.04    1,297,723.04    0.00

In re   Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware,   Case No. __09-12867__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>A.D.T. Security Services, Inc.<br>P.O. Box 371967<br>Pittsburgh, PA 15250 | - | | Terminated security monitoring contract | | | X | 2,929.63 |
| Account No.<br>Acadia Realty<br>1311 Mamaroneck Ave.<br>White Plains, NY 10605 | - | | Rent/Cam | | | X | 242,600.79 |
| Account No.<br>Anchor Electric<br>P.O. Box 12591<br>Wilmington, DE 19850 | - | | Sub-contractor | | | X | 10,412.86 |
| Account No.<br>Carl Baccellieri<br>2 Willow Green Lane<br>Kennett Square, PA 19348 | - | | customer order - disputed | | | X | 7,858.00 |

__3__ continuation sheets attached

Subtotal (Total of this page)  263,801.28

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**,   Case No. **09-12867**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Delaware Design Center, LLC<br>3060 Brandywine Parkway<br>Wilmington, DE 19803 | | - | loans | | | | 41,840.63 |
| Account No.<br><br>Delmarva Power<br>P.O. Box 17000<br>Wilmington, DE 19886 | | - | utilities | | | | 3,765.47 |
| Account No.<br><br>Diane S. Kedash<br>6 Beeson Court<br>Landenberg, PA 19305 | | - | loans | | | | 91,666.65 |
| Account No.<br><br>Dominic A. Difebo & Sons, Inc.<br>2210 W. 9th St.<br>Wilmington, DE 19805 | | - | contractor | | | X | 16,920.00 |
| Account No.<br><br>Donald S. Ratledge CPA<br>64 Reads Way<br>New Castle, DE 19720 | | - | professional services | | | | 20,290.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **174,482.75**

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**  ,  Case No. __09-12867__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Drexel Heritage Furniture Industries, Inc.<br>P.O. Box 751054<br>Charlotte, NC 28275 | - | | inventory, leasehold improvements | | | X | 717,995.45 |
| Account No.<br><br>Fanco, Inc.<br>23 Cochran Dr.<br>Coatesville, PA 19320 | - | | cleaning service | | | X | 6,747.00 |
| Account No.<br><br>Furniture Services Unlimited, LLC<br>6 Bellecor Drive<br>Suite 106<br>New Castle, DE 19720 | - | | delivery & warehousing services | | | | 54,515.05 |
| Account No.<br><br>Maitland-Smith<br>P.O. Box 2085<br>High Point, NC 27261 | - | | inventory | | | | 5,228.97 |
| Account No.<br><br>Media Two<br>3301 Lancaster Pike, Suite 5-C<br>Wilmington, DE 19805 | - | | advertising | | | | 4,280.56 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **788,767.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**,  Case No. **09-12867**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NDI Natural Decorations, Inc.<br>P.O. Box 847<br>Brewton, AL 36427 | | - | inventory | | | | 2,986.55 |
| Account No.<br><br>Paisley Accounting & Computer Solutions, Inc.<br>617 W State Street<br>Kennett Square, PA 19348 | | - | professional services | | | | 7,854.31 |
| Account No.<br><br>Perry & Sensor<br>P.O. Box 560<br>Wilmington, DE 19899 | | - | professional services | | | | 5,024.81 |
| Account No.<br><br>The News Journal Company<br>P.O. Box 822072<br>Philadelphia, PA 18182 | | - | advertising | | | | 2,401.89 |
| Account No.<br><br>Timothy David Design<br>506B South Elm St<br>Greensboro, NC 27406 | | - | professional services/advertising | | | X | 15,600.00 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **33,867.56**

Total (Report on Summary of Schedules)    **1,260,918.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**   Case No. __09-12867__
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Acadia Realty Trust**<br>**1311 Mamaroneck Ave.**<br>**White Plains, NY 10605** | **Lease for non residential real property** |
| **Dolphin Capital**<br>**P.O. Box 56**<br>**2061 N. Morley Street**<br>**Moberly, MO 65270** | **software, computer lease** |
| **Key Equipment Lease**<br>**Payment Processing**<br>**P.O. Box 203901**<br>**Houston, TX** | **copier/fax lease** |
| **RCA Capital/Sovereign Bank**<br>**P.O. Box 14833**<br>**Reading, PA 19612-4833** | **equipment** |
| **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** | **equipment** |

  0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Delaware Home Furnishings, LLC d/b/a Drexel Heritage Delaware**  ,  Case No. __09-12867__
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barbara Cresswell**<br>304 HIGH RIDGE ROAD<br>Wilmington, DE 19807 | Dolphin Capital<br>P.O. Box 56<br>2061 N. Morley Street<br>Moberly, MO 65270 |
| **Barbara Cresswell**<br>304 HIGH RIDGE ROAD<br>Wilmington, DE 19807 | TD Equipment Finance<br>P.O. Box 5000<br>Lewiston, ME 04243 |
| **Barbara Cresswell**<br>304 HIGH RIDGE ROAD<br>Wilmington, DE 19807 | Wilmington Trust Co.<br>P.O. Box 15498<br>Wilmington, DE 19850-5498 |
| **Barbera Cresswell**<br>304 High Ridge Road<br>Wilmington, DE 19807 | RCA Capital/Sovereign Bank<br>P.O. Box 14833<br>Reading, PA 19612-4833 |
| **Christopher Cresswell**<br>2305 W. 16th Street<br>Wilmington, DE 19806 | Acadia Realty<br>1311 Mamaroneck Ave.<br>White Plains, NY 10605 |
| **Christopher Cresswell**<br>2305 W. 16th Street<br>Wilmington, DE 19806 | Dolphin Capital<br>P.O. Box 56<br>2061 N. Morley Street<br>Moberly, MO 65270 |
| **Christopher Cresswell**<br>2305 W 16th St.<br>Wilmington, DE 19806 | RCA Capital/Sovereign Bank<br>P.O. Box 14833<br>Reading, PA 19612-4833 |
| **Christopher Cresswell**<br>2305 W 16th St.<br>Wilmington, DE 19806 | TD Equipment Finance<br>P.O. Box 5000<br>Lewiston, ME 04243 |
| **Christopher Cresswell**<br>2305 W 16th St.<br>Wilmington, DE 19806 | Wilmington Trust Co.<br>P.O. Box 15498<br>Wilmington, DE 19850-5498 |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy