Debtor : Bky. No. 09-12867-CSS

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com